IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. _____1:25-cv-00297

| | |
|---|---|
| **SHARONDA SCOTT,**<br><br>**Plaintiff,**<br><br>v.<br><br>**DEBRISTECH, LLC,**<br><br>**Defendant.** | **NOTICE OF REMOVAL** |

Defendant DebrisTech, LLC ("DebrisTech" or "Defendant"), provides this Notice of Removal concerning an action filed by Plaintiff Sharonda Scott ("Plaintiff" or "Scott") in the General Court of Justice for Henderson County, North Carolina. In support of this Notice of Removal, Defendant shows the following:

1. On July 28, 2025, Plaintiff filed her Complaint in Henderson County Superior Court where it was assigned Civil Action No. 25CV001626-440. Copies of the Civil Cover Sheet, Summons, Complaint, and Scott's Petition to Proceed as Indigent are attached as **Exhibit A**.

2. The Henderson County Clerk of Court issued a Civil Summons on July 30, 2025. Exhibit A. Scott's Affidavit of Service, attached as **Exhibit B**, affirms that DebrisTech was served on August 2, 2025.

3. On August 2, 2025, Scott filed with the Henderson County Court a "Motion to Transfer Case to Superior Court." In the Motion, Scott states that she is "seeking

compensatory damages in the amount of $150,000.00." A copy of Scott's Motion is attached as **Exhibit C**.

4. In accordance with 28 U.S.C. § 1446(b), this Notice of Removal is filed within thirty (30) days after Defendant's receipt of a copy of the Complaint and Scott's Motion setting forth an amount in controversy of $150,000.00.

5. The United States District Court has jurisdiction over this matter based on diversity of citizenship and because the amount in controversy exceeds $75,000.00, exclusive of interest and costs pursuant to 28 U.S.C. § 1332(a).

6. According to the Summons (Ex. A), Plaintiff is a citizen of Georgia. *See Robinson v. Pardee UNC Healthcare*, 1:20-CV-372-MOC-WCM, 2022 WL 828471, at *3 (W.D.N.C. Mar. 18, 2022) ("This Court may construe the mailing addresses Plaintiff used for himself and Defendants as allegations about their state citizenship.")

7. The citizenship of a limited liability company "is determined by the citizenship of all of its members." *Central W. Va. Energy Co. v. Mountain State Carbon, LLC*, 636 F.3d 101, 103 (4th Cir. 2011).

8. Defendant is controlled by five individual members. The five members are H. Les Dungan, III, Jeff J. Dungan, James Lee Mock, Brooks R. Wallace, and Ryan A. Holmes, and each member is a citizen of Mississippi for purposes of diversity jurisdiction.

9. Accordingly, DebrisTech, LLC is a citizen of Mississippi.

10. Further, the amount in controversy surpasses the $75,000.00 requirement of 28 U.S.C. § 1332(a) based on Plaintiff's Motion seeking $150,000.00. *See* Ex. C.; *see also*

28 U.S.C. § 1446(b)(3) (a "motion" is a document "from which it may first be ascertained that the case is one which is or has become removable.")

11. Defendant is providing written notice of the filing of this Notice of Removal to Plaintiff and is also filing a copy of this Notice of Removal with the Henderson County Clerk of Court pursuant to 28 U.S.C. § 1446(d).

WHEREFORE, Defendant hereby removes this action from the Superior Court of Henderson County to the United States District Court for the Western District of North Carolina.

This the 29th day of August, 2025.

                                            **/s/ J. Rodrigo Pocasangre**
J. Rodrigo Pocasangre
NC State Bar No. 41530
Email: rpocasangre@constangy.com
CONSTANGY, BROOKS, SMITH
& PROPHETE, LLP
One West 4th Street, Suite 850
Winston-Salem, NC 27101
Telephone: (336) 721-1001
Facsimile: (336) 748-9112

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on August 29th, 2025, I electronically filed the foregoing **NOTICE OF REMOVAL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **NONE** and will also serve the Plaintiff with a copy via US Mail, postage prepaid, at the following address:

**Sharonda Scott**
**2508 Belmont Street**
**Albany, GA 31705**

**/s/ J. Rodrigo Pocasangre**
J. Rodrigo Pocasangre
NC State Bar No. 41530
Email: rpocasangre@constangy.com
CONSTANGY, BROOKS, SMITH
& PROPHETE, LLP
One West 4th Street, Suite 850
Winston-Salem, NC  27101
Telephone: (336) 721-1001
Facsimile:   (336) 748-9112

*Attorney for Defendant*